# CLERK'S COURTROOM MINUTE SHEET - GENERAL

## Case No. 15-md-2652-KHV

**CAPTION:**

In Re: Ethicon, Inc. Power Morcellator
Products Liability Litigation

---

| | | |
|---|---|---|
| **Judge:** Kathryn H. Vratil | **Clerk:** Kathy Grant | **Court Reporter**: Kim Greiner |
| James P. O'Hara | Brett Gordon, Law Clerk | |
| | Amy Henson, Law Clerk | |

**Date:** December 21, 2015   **Location:** Kansas City - Courtroom 643

**Length of Hearing:**   1   Hr(s) 30   Min(s)

**Hearing Completed:**   (X) Yes   ( ) No

(X) Status Conference

## PROCEEDINGS

Status conference held re: case management. A order will be entered by the court memorializing deadlines and hearings.

**ATTORNEYS PRESENT**

| Plaintiffs | Defendants |
|---|---|
| | Debbie Moeller |
| Paul Pennock | John Winter |
| Bob Horn | Jim Murdica |
| Amy Wagstaff | Kathleen Warin - Storz defendants |
| Kirk Goza | |
| T.J. Puess | |

7 on conference call line