IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ETHICON, INC., POWER MORCELLATOR PRODUCTS LIABILITY LITIGATION | MDL No. 2652 |
| **(This Document Relates to All Cases)** | D. Kan. No. 15-md-2652-KHV |

**ORDER REGARDING LIAISON COUNSEL CONTACT INFORMATION**

As discussed during a status conference with counsel on January 6, 2016, the court finds good cause to enter this order proposed by plaintiffs and unopposed by defendants.

All counsel shall provide to the appropriate Liaison Counsel their contact information using the MDL 2652 Counsel Contact Information form attached hereto. The information set forth in this form shall be updated as necessary so that the information made available to Liaison Counsel remains current and accurate on an ongoing basis. The contact information shall be used for service, and Liaison Counsel shall be entitled to rely on the information when distributing or circulating information in these proceedings. The obligation to provide accurate and updated information in the MDL 2652 Counsel Contact Information form rests solely on the part of counsel providing the information. Liaison Counsel is relieved of any responsibility for serving materials on, or distributing information to, any counsel failing to provide current and accurate information in a MDL 2652 Counsel Contact Information form.

Upon its filing, a copy of this Order will be served via CM-ECF on all listed counsel of record. When an action is hereafter transferred into or consolidated with this MDL, the Clerk of

the Court shall: (i) file a copy of this Order in any such action; and (ii) forward a copy of this Order to counsel for the plaintiff(s) in the newly-filed or transferred action.

IT IS SO ORDERED.

Dated January 7, 2016, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U. S. Magistrate Judge

# IN RE: ETHICON, INC., POWER MORCELLATOR PRODUCTS LIABILITY LITIGATION

**MDL 2652**                      **Judge Kathryn Vratil**

## MDL 2652 Counsel Contact Information
Please print or type below.

## ATTORNEY INFORMATION

| Check One: | Plaintiff Counsel | Defense Counsel | Third Party Defense Counsel |
|---|---|---|---|

| Last Name | First Name | Middle Name/Maiden | Suffix: |
|---|---|---|---|

| Address |
|---|

| City | State | Zip |
|---|---|---|

| Phone | Fax |
|---|---|

| Direct Dial No. | Cell Phone |
|---|---|

| State/ Bar No. | Email Address |
|---|---|

| Party Representing |
|---|

| Other Members of Firm Involved in this Litigation |
|---|

| Assistant Name | Paralegal Name |
|---|---|

**Choose One Option Below:**

| | I elect to have Liaison Counsel transmit documents to me via email and consent on an ongoing basis to notify Liaison Counsel of any changes in the above information. |
|---|---|
| | I do not want to receive orders or other documents form Liaison Counsel. |

_____     _____

**Signed**                      **Date**
Print Name:_____

**Please remit form to: Plaintiffs' Liaison Counsel- Kirk Goza, Bartimus Frickleton Robertson & Goza, 11150 Overbrook Rd., Leawood, KS 66211 KGoza@bflawfirm.com/Robert Horn, Horn Aylward & Bandy, LLC, 2600 Grand Blvd., Suite 11000, Kansas City, MO 64108 bhorn@hab-law.com; and Defendants' Liaison Counsel- Deborah A. Moeller, Shook Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO 64108 dmoeller@shb.com.**