UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ETHICON, INC., POWER MORCELLATOR PRODUCTS LIABILITY LITIGATION <br><br> (This Document Relates to All Cases) | ) ) ) ) MDL No. 2652 ) ) D. Kan. No. 15-md-2652-KHV ) |

## ORDER SETTING INITIAL AGENDA FOR THE FEBRUARY 10, 2016 STATUS CONFERENCE

On January 6, 2016, a status conference was conducted in this multidistrict litigation ("MDL") by U.S. District Judge Kathryn H. Vratil and U.S. Magistrate Judge James P. O'Hara. Before the conference, via e-mail, counsel submitted to the court their joint status report. Based on the joint status report and further discussion at the status conference, an initial agenda was set for the next status conference, scheduled for February 10, 2016. The following items are currently on the agenda:

(1) A case-specific surgeons and facilities disclosure order;

(2) Case-specific discovery served by defendants on the plaintiffs' steering committee ("PSC") (unless the parties reach an agreement on this topic);

(3) Common discovery served by defendants on the PSC (unless the parties reach an agreement on this topic);

(4) A healthcare provider order that addresses *ex pate* contacts and depositions;

(5) Plaintiffs' pending motion for the establishment of a common benefit fund (ECF doc. 83); and

(6) Pending motions for resignation from the PSC (ECF docs. 81 and 95).

Pursuant to Scheduling Order No. 1 (ECF doc. 80 at ¶ 11), any proposed orders the parties intend to submit on the above topics, as well as any additional items they wish to add to the February 10, 2016 conference agenda, must be submitted by noon on **February 8, 2016**.

IT IS SO ORDERED.

Dated January 7, 2016, at Kansas City, Kansas.

                                                   s/ James P. O'Hara
                                                   James P. O'Hara
                                                   U.S. Magistrate Judge