IN THE UNITED STATES DISTRICT COURT
FOR KANSAS

IN RE: *Ethicon, Inc., Power Morcellator Products Liability Litigation*

Civ. No.: 2:15-md-02652-KHV-JPO
Honorable Kathryn H. Vratil

## MEMORANUDM OF POINTS AND AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION TO TRANSFER THIS CASE TO: UNITED STATES DISTRICT COURT FOR CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

COME NOW, Plaintiffs, Bridget Caradori and Robert Daley, by and through counsel, move this Court to transfer the above captioned case from the District of Kansas to the United States District Court for Central District of California (Los Angeles). In support, Plaintiffs state as follows:

- This case involves a product liability action against the manufactures of two gynecologic surgical morcellators, the Ethicon Gynecare and the Karl Storz Morcellators, for the injury and death of decedent Patricia Daley. Ms. Daley underwent a robot-assisted hysterectomy with uterine morcellation, which subsequently seeded cancer cells throughout Ms. Daley's body leading to her death.
- Plaintiffs filed a complaint in the Circuit Court of Maryland in Montgomery County on July 15, 2014, against the manufactures of the power morcellators: Ethicon Endo Surgery, Inc., Ethicon Women's Health and Urology (hereinafter, "Ethicon", collectively), Karl Storz Endoscopy-America, Inc., , Inc., and Karl Storz GmBh and Co. KG (hereinafter" Storz", collectively).
- The both defendants in this case transferred the above captioned case to the United States District Court for the District of Maryland, CIVIL ACTION NO. 8:14cv03198-TDC.
- On October 15, 2015, the United States Judicial Panel on Multidistrict Litigation in New York authorized the consolidation and transfer of a number of cases which involved the Ethicon morcellator to the District of Kansas, centralizing actions involving Defendant Ethicon. The above captioned case was included in this grouping.

- On January 14, 2016, Plaintiffs dismissed Defendants Ethicon from their litigation, leaving Defendants Storz as defendants to the litigation.
- Defendant Storz is centrally located in California, with an American Corporate Headquarters, and accepts service at its California office.
- Change in the venue from Maryland to California, where Storz is located, is proper in accordance with 28 U.S.C.A. § 1404. Under § 1404, venue may be moved for the "convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."
- Pursuant to 28 U.S.C.A § 1391 (b)(1), venue is proper in any district in "which any defendant resides." Storz is a resident of the state of California, transfer to California would be a proper venue for Plaintiffs to pursue the remainder of their claim.
- The above captioned case is no longer proper to be involved in the multidistrict litigation concerning discovery involving Ethicon morcellators. Additionally, since California is the residence of Defendant Storz, California is a proper venue. Therefore, Plaintiffs request pursuant to Panel Rule 10.1(b) and 28 U.S.C.A. § 1407 (West), that this case be remanded to the United States District Court for the Central District of California (Los Angeles).

Plaintiffs respectfully request that the Court transfer the case to the United States District Court for the Central District of California (Los Angeles) due to Ethicon no longer being a party to Plaintiffs' action and Storz having a corporate headquarters in California.

Date: January 14, 2016

Respectfully submitted,

FAY LAW GROUP

Molly Hoffman, Esq.
777 6th Street, NW
Suite 410
Washington, DC  20001
*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __14th__ day of January 2016 I served a copy of Plaintiffs' Motion to Transfer this Case To: United States District Court for the Central District of California (Los Angeles). via electronic delivery through the PACER system upon the following counsel of record:

**Robert W. Goodson, Esq.**
**Kathleen H. Warin, Esq.**
Wilson, Elser, Moskowitz, Edelman
  & Dicker, LLP
700 11th Street, NW
Suite 400
Washington, DC  20001

**David F. Abernethy**
Drinker Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

**Aaron Z. Ahlquist**
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

**Thomas Scott Allen, Jr.**
Attorney At Law
440 Louisiana Street, Suite 2100
Houston, TX 77002

**Andres F. Alonso**
Parker Waichman Alonso
111 Great Neck Rd.
Great Neck, NY 11021

**Taylor C. Bartlett**
Heninger Garrison Davis, LLC
2224 First Avenue, North
Birmingham, AL 35203

**Laura Jean Baughman**
Baron & Budd, PC - Dallas
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

**Mollie F. Benedict**
Tucker, Ellis & West, LLP - LA
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90017-2223

**Jan R. McLean Bernier**
Nilan Johnson Lewis, PA
120 S. 6th Street, Suite 400
Minneapolis, MN 55402

**Francois M. Blaudeau**
Southern Institute for Medical and Legal Affairs
2224 First Avenue North
Birmingham, AL 35203

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore, LLC (New Orleans)
400 Poydras St.
Suite 2700
New Orleans, LA 70130

**Lindsay Livingston Builder**
Nelson Mullins Riley and Scarborough (G)
PO Box 10084
Greenville, SC 29603-0084

**Elizabeth Middleton Burke**
Richardson Patrick Westbrook and Brickman
PO Box 1007
Mt. Pleasant, SC 29465

**Dennis J. Canty**
Kaiser Gornick LLP
100 Pringle Avenue, Suite 310
Walnut Creek, CA 94596

**Russell Jason Chibe**
Drinker Biddle Gardner Carton
191 North Wacker Drive, Suite 3700
Chicago, IL 60606

**Charles Andrew Childers**
Childers, Schlueter & Smith, LLC

1932 North Druid Hills Road, Suite 100
Atlanta, GA 30319

**Michael Elliot Criden**
Criden & Love PA
7301 SW 57th Court, Suite 515
South Miami, FL 33143

**Christopher Barton Dalbey**
Weitz & Luxenberg, PC
1880 Century Park East, Suite 700
Los Angeles, CA 90067

**Sindhu Daniel**
Baron & Budd, PC
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

**N. Karen Deming**
Troutman Sanders LLP - Atlanta
600 Peachtree St., N.E.-Ste. 5200
Atlanta, GA 30308-2216

**B. Michael Easley**
Easley & Houseal, PA
510 East Cross
POBox 1115
Forrest City, AR 72336

**Scott J. Eldredge**
Burg, Simpson, Eldredge, Hersh & Jardine, PC-Englewood
40 Inverness Drive East
Englewood, CO 80112

**William Victor Essig**
Drinker Biddle & Reath LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698

**Allyson Janay Ferguson**
Terrell Marshall Daudt & Willie PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869

**Stephanie Lee Finn**
Herrick & Hart, SC
116 West Grand Avenue
PO Box 167
Eau Claire, WI 54702

**Molly E. Flynn**
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

**Jason Richard Fraxedas**
The Maher Law Firm, PA
Suite 200
631 W Morse Blvd
Winter Park, FL 32789

**William Lewis Garrison**
Heninger Garrison Davis
2224 First Avenue North
Birmingham, AL 35203

**Monee Takla Hanna**
Tucker Ellis LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071-2223

**Maury A. Herman**
Herman Herman & Katz LLC
820 O'Keefe Avenue
New Orleans, LA 70113

**Andrea S. Hirsch**
Herman Gerel
230 Peachtree Street, Suite 2260
Atlanta, GA 30303

**Micah L. Hobbs**
Shook, Hardy & Bacon LLP - KC/Grand
2555 Grand Boulevard
Kansas City, MO 64108-2613

**Charles Joseph Hodge**
Hodge Law Office

PO Box 2765
Spartanburg, SC 29304

**Christopher B. Hood**
Heninger Garrison Davis
2224 First Avenue North
Birmingham, AL 35203

**James B. Irwin, V**
Irwin Fritchie Urquhart & Moore, LLC (New Orleans)
400 Poydras Street, Suite 2700
New Orleans, LA 70130

**G. Brian Jackson**
Butler Snow LLP
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, TN 37201

**Aric Hamilton Jarrett**
Stoel Rives, LLP - Seattle
600 University Street, Suite 3600
Seattle, WA 98101

**Julie Braman Kane**
Colson Hicks Eidson
255 Alhambra Circle
Coral Gables, FL 33134-2351

**Seth Alan Katz**
Burg Simpson Eldredge Hersh & Jardine, P.C
40 Inverness Drive East
Englewood, CO 80112

**Jennifer Keel**
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112

**Rebecca B. King**
Tracey & Fox
440 Louisiana Street, Suite 1901
Houston, TX 77002

**Amanda S. Kitts**
Nelson Mullins Riley and Scarborough

PO Box 11070
Columbia, SC 29211

**Beth Ann Klein**
Klein Frank, PC
1909 26th Street
#1C
Boulder, CO 80302-5701

**James Klick**
Herman Herman & Katz LLC
820 O'Keefe Avenue
New Orleans, LA 70113

**Douglas S. Knott**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
740 North Plankinton Avenue, Suite 600
Milwaukee, WI 53203

**Joseph A. Kott**
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

**Mikalia Kott**
Herman Herman & Katz LLC
820 O'Keefe Avenue
New Orleans, LA 70113

**David B. Krangle**
Alonso Krangle LLP
445 Broad Hollow Road, Suite 205
Melville, NY 11747

**Jerry M. Kristal**
Weitz & Luxenberg
200 Lake Drive East, Suite 205
Cherry Hill, NJ 08002

**Jennifer Lamont**
Drinker, Biddle & Reath, LLP
600 Campus Drive
Florham Park, NJ 07932-1047

**Timothy Ryan Langley**
Hodge Law Office

PO Box 2765
Spartanburg, SC 29304

**Patricia Elaine Lowry**
Squire Patton Boggs (US) LLP
1900 Phillips Point West
777 S Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198

**Jeffrey N. Luthi**
Clerk of the MDL Panel
One Columbus Circle NE
Thurgood Marshall Federal Judicial Building
Room G-255, North Lobby
Washington, DC 20002

**Steven R. Maher**
The Maher Law Firm, PA
Suite 200
631 W Morse Blvd
Winter Park, FL 32789

**Brian K. Matise**
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112

**Megan J. McKenzie**
Robins, Kaplan, Miller & Ciresi LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402

**Barbara G. Medley**
Medley & Spivy
111 W Commerce, Suite 201
Lewisburg, TN 37091

**Anita K. Modak-Truran**
Butler Snow LLP
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, TN 37201

**Deborah A. Moeller**
Shook, Hardy & Bacon LLP - KC/Grand

2555 Grand Boulevard
Kansas City, MO 64108-2613

**Robert A. Montgomery**
Attorney at Law
100 West Monroe Street, Suite 1900
Chicago, IL 60603

**James F. Murdica**
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036

**David F. Norden**
Troutman Sanders, LLP-ATL
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

**Kevin Michael O'Brien**
Pogust Braslow & Millrood, LLC
Eight Tower Bridge
161 Washington Street, Suite 1520
Conshohocken, PA 19428

**Stephanie O'Connor**
Douglas and London
59 Maiden Lane
6th Floor
New York, NY 10038

**Samuel W. Outten**
Nelson Mullins Riley and Scarborough (G)
PO Box 10084
Greenville, SC 29603-0084

**Michael E. Pederson**
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003

**Paul J. Pennock**
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003

**Harris L. Pogust**
Pogust & Braslow LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428

**Thomas J. Preuss**
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

**Steven W. Quattlebaum**
Quattlebaum, Grooms, Tull & Burrow PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201

**Meghan C. Quinlivan**
Burg, Simpson, Eldredge, Hersh & Jardine, PC-Englewood
40 Inverness Drive East
Englewood, CO

**Derek S. Raynes**
Raynes Erickson
300 East State Street, Suite 690
Redlands, CA 92373

**Jeffrey Stuart Raynes**
Raynes Erickson
300 East State Street, Suite 690
Redlands, CA 92373

**Ellen Relkin**
Weitz & Luxenberg
200 Lake Drive East, Suite 205
Cherry Hill, NJ 08002

**Andrew E. Rubenstein**
Tracey & Fox
440 Louisiana Street, Suite 1901
Houston, TX 77002

**Scott W. Sayler**
Shook, Hardy & Bacon LLP - KC/Grand
2555 Grand Boulevard
Kansas City, MO 64108-2613

**Mark P. Schloegel**
The Popham Law Firm, PC
712 Broadway, Suite 100
Kansas City, MO 64105

**Steven D. Schroeder**
The Law OfficeS of Steven D. Schroeder
116 S. Michigan Avenue
14th Floor
Chicago, IL 60603

**Andrew J. Sciolla**
Pogust Braslow & Millrood, LLC
Eight Tower Bridge
161 Washington Street, Suite 940
Conshohocken, PA 19428

**Gregory Thomas Skikos**
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street, Suite 2830
San Francisco, CA 94104

**Donald A. Soutar**
Weitz & Luxemberg, PC
700 Broadway
New York, NY 10003

**Kristen Hunt Strain**
Venable LLP
750 E Pratt St Ste 900
Baltimore, MD 21202

**Paul Farrell Strain**
Venable LLP
210 W Pennsylvania Avenue, Suite 500
Towson, MD 21204

**Kathleen F. Sullivan**
Venable LLP
750 E Pratt Street, Suite 900
Baltimore, MD 21202

**Tara D. Sutton**
Robins, Kaplan, Miller & Ciresi LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402

**Beth E. Terrell**
Terrell Marshall Daudt & Willie PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103

**Sean P. Tracey**
Tracey Law Firm
440 Louisiana Street, Suite 1901
Houston, TX 77002

**Tracy J. Van Steenburgh**
Nilan Johnson Lewis, PA
120 S. 6th Street, Suite 400
Minneapolis, MN 55402

**William Dirk Vandever**
The Popham Law Firm, PC
712 Broadway, Suite 100
Kansas City, MO 64105

**Aimee Wagstaff**
7171 W. Alaska Drive
Lakewood, CO 80226

**Tanner J. Walls**
Tucker Ellis, LLP-Denver
4600 South Ulster Street, Suite 1325
Metropoint I
Denver, CO 80237

**Kathleen Hall Warin**
Wilson Elser Moskowitz Edelman and Dicker LLP
700 11th Street NW, Suite 400
Washington, DC 20001

**Christopher Nelson Weiss**
Stoel Rives LLP - SEA
600 University Street, Suite 3600
One Union Square
Seattle, WA 98101-4109

**Douglas F. Welebir**
Welebir Tierney and Weck
2068 Orange Tree Lane, Suite 215
Redlands, CA 92374-4555

**Ryan M. Wiesner**
Wilson Elser Moskowitz Edelman & Dicker, LLP
740 North Plankinton Avenue, Suite 600
Milwaukee, WI 53203

**John D. Winter**
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710

**Robert Ryan Younger**
Quattlebaum Grooms Tull Burrow PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201

_____
Molly Hoffman, Esq.