CLERK'S COURTROOM MINUTE SHEET – **CIVIL**

Ethicon, Inc., Power Morcellator Products Liability Litigation,

Case No: 15md2652

Time: 9:00 a.m. – 11:55 a.m.

1:30 p.m. – 1:45 p.m.

| | | | |
|---|---|---|---|
| **JUDGE:** | **Kathryn H. Vratil**<br>**James P. O'Hara** | **DATE:** | **2/10/2016** |
| **CLERK:** | **Kathy Grant**<br>**Sherry Bernhardt** | **TAPE/REPORTER:** | **Kim Greiner** |

**The <u>Motion To Resign From The Plaintiff's Steering Committee By Attorney Rebecca B. King</u> (Doc. #81) filed December 30, 2015 is SUSTAINED.**

**The <u>Motion To Approve Order Establishing An Ethicon Common Benefit Fund To Compensate And Reimburse Attorneys For Costs And Expenses Incurred And Services Performed for MDL Administration And Common Benefit</u> (Doc. #83) filed December 31, 2015 is OVERRULED without prejudice.**

**The <u>Motion To Resign From The Plaintiff's Steering Committee By Attorney Francois M. Blaudeau</u> (Doc. #95) filed January 4, 2016 is SUSTAINED.**

**The <u>Motion To Exclude The Caradori Case From The Common Benefit Fund</u> (Doc. #118) filed January 14, 2016 is SUSTAINED as unopposed.**

**<u>Plaintiff's Motion To Transfer This Case To: United States District Court For Central District Of California (Los Angeles)</u> (Doc. #117) filed January 14, 2016 is OVERRULED. The Court will issue a Suggestion Of Remand in <u>Caradori et al. v. Ethicon, Endo Surgery, Inc. et al.</u>, D. Kan. No. 15-9338-KHV.**

**<u>Defendants' Motion For Suggestion Of Remand [In The Case of Caradori et al. v. Ethicon, Endo Surgery, Inc. et al., D. Kan. No. 15-9338-KHV]</u> (Doc. #149) filed January 27, 2016 be and hereby is SUSTAINED.**

**The oral motion to resign from the plaintiff's steering committee by attorney Avram Blair is SUSTAINED.**