ORDER updating uniform sets of interrogatories and document requests which the Ethicon defendants will serve on plaintiffs in each individual case. In the court's February 11, 2016 order (ECF doc. 163 at 2), the court approved for use in this MDL copies of interrogatories and document requests, which it attached to the order as Exhibits 2 and 3, respectively.  At the time, however, the parties were still negotiating the wording of Interrogatory No. 18 and Document Request No. 20.  The parties have now reached agreement on the wording of Interrogatory No. 18 and Document Request No. 20, which the court approves.  Therefore, the attached, updated sets of interrogatories and document requests should now be used.  (Exhibit A: DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF) (Exhibit B: DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF).